# United States Court of Appeals
# for the Federal Circuit

---

**ASETEK DANMARK A/S,**
*Plaintiff-Appellee*

**v.**

**CMI USA INC., FKA COOLER MASTER USA, INC.,
COOLER MASTER CO., LTD.,**
*Defendants-Appellants*

---

2016-1026, 2016-1183

---

Appeals from the United States District Court for the Northern District of California in No. 3:13-cv-00457-JST, Judge Jon S. Tigar.

---

## ON PETITION FOR REHEARING EN BANC

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, *Circuit Judges.*[*]

PER CURIAM.

---

[*] Circuit Judge Stoll did not participate.

# ORDER

Appellants CMI USA Inc. and Cooler Master Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc.

The petition for panel rehearing is addressed in a separate order also issued today.

The petition for rehearing en banc is denied.

The mandate of the court will issue on April 10, 2017.

FOR THE COURT

 April 3, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court